# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| JAY A. TRIBBEY, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>McCORMICK DISTILLING CO., INC., )<br>MICHAEL GRIESSER, and )<br>EDWARD PECHAR, )<br>)<br>　　　　　Defendants. )<br>_____) | Case No. 00-06135-C-SJ-2 |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits A-F which are attachments to Plaintiff's Complaint, are in paper form only and are being maintained in the case file in the Clerk's office.

Respectfully submitted,

/s/ Brian D. Roche   by R.L.Ward
**SACHNOFF & WEAVER, LTD.**
Brian D. Roche
Jeffrey E. Crane
30 South Wacker Drive, Suite 2900
Chicago, IL  60606
(312) 207-1000

977520.v1

/s/ R. Lawrence Ward
**SHUGHART THOMSON & KILROY, PC**
R. Lawrence Ward    Mo. # 17343
James M. Humphrey    Mo. # 50200
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
(816) 421-3355